# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KINNETT, RICHARD LEE | § | Case No. 14-10238 JMC |
| KINNETT, PATRICIA RUTH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/07/2014. The undersigned trustee was appointed on 11/07/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $   13,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 260.00 |
| Bank service fees | 52.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 12,687.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 06/05/2015 and the deadline for filing governmental claims was 05/06/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,050.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,050.00 , for a total compensation of $ 2,050.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 124.65 , for total expenses of $ 124.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2015          By:          /s/Joanne B. Friedmeyer
                                       Joanne B. Friedmeyer
                                       JOANNE B. FRIEDMEYER, P.C.
                                       1427 West 86th Street, #284
                                       Indianapolis, IN 46260
                                       Phone: (317) 755-3103
                                       Fax: (317) 257-5676
                                       Email: jfriedmeyer@friedmeyerlaw.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-10238   JMC   Judge: JAMES M CARR | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | KINNETT, RICHARD LEE | Date Filed (f) or Converted (c): | 11/07/14 (f) |
| | KINNETT, PATRICIA RUTH | 341(a) Meeting Date: | 12/22/14 |
| For Period Ending: | 08/10/15 | Claims Bar Date: | 06/05/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1 story, 2 bedroom farm house. Location: 37 N 525 | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on hand. | 21.30 | 0.00 | OA | 0.00 | FA |
| 3. Checking account ending in 8043. Chase 200 S. Wash | 148.29 | 0.00 | OA | 0.00 | FA |
| 4. Checking account ending in 5150. Chase 200 S. Wash | 94.00 | 0.00 | OA | 0.00 | FA |
| 5. Living Room: 2 couches, 2 end tables, TV, recliner | 170.00 | 0.00 | OA | 0.00 | FA |
| 6. Dining Room: Dining room table, hutch and 5 chairs | 175.00 | 0.00 | OA | 0.00 | FA |
| 7. Kitchen: Kitchen table with 5 chairs, pots and pan | 350.00 | 0.00 | OA | 0.00 | FA |
| 8. Master Bedroom: Queen size bed with 2 night stands | 136.00 | 0.00 | OA | 0.00 | FA |
| 9. Bedroom #2: Queen size bed, chest, dresser and 2 l | 141.00 | 0.00 | OA | 0.00 | FA |
| 10. Utility Room: Washer and dryer. Location: 37 N 525 | 100.00 | 0.00 | OA | 0.00 | FA |
| 11. Men's Clothing. Location: 37 N 525 E, Crawfordsvil | 100.00 | 0.00 | OA | 0.00 | FA |
| 12. Women's clothing. Location: 37 N 525 E, Crawfordsv | 100.00 | 0.00 | OA | 0.00 | FA |
| 13. Jewelry. Location: 37 N 525 E, Crawfordsville IN 4 | 500.00 | 0.00 | OA | 0.00 | FA |
| 14. Firearm. Location: 37 N 525 E, Crawfordsville IN 4 | 100.00 | 0.00 | OA | 0.00 | FA |
| 15. Chase Customer Service Center PO Box 659747 San An | 519.08 | 0.00 | OA | 0.00 | FA |
| 16. 2002 Ford Taurus LX Sedan 4D with 140,000 miles. L | 876.00 | 0.00 | OA | 0.00 | FA |
| 17. 1998 GMC 1500 Regular Cab, long bed with 160,000 m | 760.00 | 0.00 | OA | 0.00 | FA |
| 18. Animals: Pet. Location: 37 N 525 E, Crawfordsville | 25.00 | 0.00 | OA | 0.00 | FA |
| 19. Liberty National Life Insurance Company Policy (u) Amended to include.  Settlement approved by Court | 15,000.00 | 14,563.59 | | 13,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $49,315.67 | $14,563.59 | | $13,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-10238   JMC   Judge: JAMES M CARR | Trustee Name: | Joanne B. Friedmeyer |
| Case Name: | KINNETT, RICHARD LEE | Date Filed (f) or Converted (c): | 11/07/14 (f) |
| | KINNETT, PATRICIA RUTH | 341(a) Meeting Date: | 12/22/14 |
| | | Claims Bar Date: | 06/05/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 10, 2015, 06:51 pm Final report submitted

June 20, 2015, Paid reopening fee. Once check clears, ready for TFR

Compromised for $13,000 from insurance payment. Compromised approved by Court and funds tendered. Bar date for claim elapses in June, 2015.

Initial Projected Date of Final Report (TFR): 09/30/15        Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 14-10238 -JMC |
| Case Name: | KINNETT, RICHARD LEE |
| | KINNETT, PATRICIA RUTH |
| Taxpayer ID No: | *******0475 |
| For Period Ending: | 08/10/15 |

| | |
|---|---|
| Trustee Name: | Joanne B. Friedmeyer |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******3058  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 57,318,324.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/15 | 19 | James Holder Jr Atty at Law<br>Iolta Client Trust Fund<br>111 W Walnut St.<br>Greencastle, IN 46135-1534 | Settlement of insurance | 1229-000 | 13,000.00 | | 13,000.00 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 12,985.00 |
| 06/20/15 | 200001 | Clerk of United States Bankruptcy Court<br>Room 116<br>Birch Bayh Federal Building and<br>  United States Courthouse<br>46 E. Ohio Street<br>Indianapolis, Indiana 46204 | Reopening Fee | 2700-000 | | 260.00 | 12,725.00 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.32 | 12,705.68 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.57 | 12,687.11 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 13,000.00 | 312.89 | 12,687.11 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 13,000.00 | 312.89 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 13,000.00 | 312.89 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3058 | 13,000.00 | 312.89 | 12,687.11 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,000.00 | 312.89 | 12,687.11 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       13,000.00       312.89

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 14-10238 -JMC | | Trustee Name: | Joanne B. Friedmeyer |
| Case Name: | KINNETT, RICHARD LEE | | Bank Name: | UNION BANK |
| | KINNETT, PATRICIA RUTH | | Account Number / CD #: | *******3058  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0475 | | | |
| For Period Ending: | 08/10/15 | | Blanket Bond (per case limit): | $ 57,318,324.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

　　　　　　　　　　　/s/   Joanne B. Friedmeyer
Trustee's Signature: _____  Date: 08/10/15
　　　　　　　　　　　JOANNE B. FRIEDMEYER

| | | | | | Page Subtotals | 0.00 | 0.00 |

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 10, 2015

Case Number: 14-10238
Debtor Name: KINNETT, RICHARD LEE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | Clerk of United States Bankruptcy Court<br>Room 116<br>Birch Bayh Federal Building and United States Courthouse<br>46 E. Ohio Street<br>Indianapolis, Indiana 46204 | Administrative | | $260.00 | $260.00 | $0.00 |
| 000001 070 7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,118.75 | $0.00 | $1,118.75 |
| 000002 070 7100-00 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $1,342.74 | $0.00 | $1,342.74 |
| 000003 070 7100-00 | Cavalry Spv 1, LLC<br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $620.77 | $0.00 | $620.77 |
| 000004 070 7100-00 | US DEPT OF EDUCATION<br>PO Box 530229<br>Atlanta, GA 30353-0229 | Unsecured | | $12,176.33 | $0.00 | $12,176.33 |
| 000005 070 7100-00 | US DEPT OF EDUCATION<br>PO Box 530229<br>Atlanta, GA 30353-0229 | Unsecured | | $13,413.34 | $0.00 | $13,413.34 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $342.47 | $0.00 | $342.47 |
| 000007 070 7100-00 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $708.31 | $0.00 | $708.31 |
| 000008 070 7100-00 | IMC CREDIT SERVICES, LLC.<br>PO BOX 20636<br>INDIANAPOLIS, IN 46220 | Unsecured | | $992.59 | $0.00 | $992.59 |
| 000009 070 7100-00 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Unsecured | | $927.22 | $0.00 | $927.22 |
| | Case Totals: | | | $31,902.52 | $260.00 | $31,642.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-10238 JMC
Case Name: KINNETT, RICHARD LEE
  KINNETT, PATRICIA RUTH
Trustee Name: Joanne B. Friedmeyer

Balance on hand $ 12,687.11

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joanne B. Friedmeyer | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Trustee Expenses: Joanne B. Friedmeyer | $ 124.65 | $ 0.00 | $ 124.65 |
| Charges: Clerk of United States Bankruptcy Court | $ 260.00 | $ 260.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,174.65

Remaining Balance $ 10,512.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,642.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 1,118.75 | $ 0.00 | $ 371.68 |
| 000002 | American InfoSource LP as agent for | $ 1,342.74 | $ 0.00 | $ 446.09 |
| 000003 | Cavalry Spv 1, LLC | $ 620.77 | $ 0.00 | $ 206.24 |
| 000004 | US DEPT OF EDUCATION | $ 12,176.33 | $ 0.00 | $ 4,045.29 |
| 000005 | US DEPT OF EDUCATION | $ 13,413.34 | $ 0.00 | $ 4,456.26 |
| 000006 | Capital One Bank (USA), N.A. | $ 342.47 | $ 0.00 | $ 113.78 |
| 000007 | MERRICK BANK | $ 708.31 | $ 0.00 | $ 235.31 |
| 000008 | IMC CREDIT SERVICES, LLC. | $ 992.59 | $ 0.00 | $ 329.76 |
| 000009 | Portfolio Recovery Associates, LLC | $ 927.22 | $ 0.00 | $ 308.05 |

Total to be paid to timely general unsecured creditors        $      10,512.46

Remaining Balance        $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE